## FOORMAN *v.* W. M. BIRCH COMPANY ET AL.

[No. 11,548.    Filed June 20, 1923.]

From Delaware Superior Court; *Robert F. Murray*, Judge.

Action between Catherine Foorman and the W. M. Birch Company and others.    From the judgment rendered, the former appeals.    *Affirmed.*

*Simmons & Simmons*, for appellant.

*White & Haymond, Edward R. Templer* and *O. M. Rearick*, for appellees.

BATMAN, J.—Affirmed on authority of *Peck* v. *W. M. Birch Co.* (1923), *ante* 58.

---

## LAMBERT *v.* W. M. BIRCH COMPANY ET AL.

[No. 11,546.    Filed June 20, 1923.]

From Delaware Superior Court; *Robert F. Murray*, Judge.

Action between Joseph D. Lambert and the W. M. Birch Company and others.    From the judgment rendered, the former appeals.    *Affirmed.*

*Simmons & Simmons*, for appellant.

*White & Haymond, Edward R. Templer* and *O. M. Rearick*, for appellees.

PER CURIAM.—Affirmed on authority of *Peck* v. *W. M. Birch Co.* (1923), *ante* 58.

---

## KENNEDY ET AL. *v.* WILSON.

[No. 11,659.    Filed June 20, 1923.]

From the Industrial Board of Indiana.

Proceedings for compensation under the Workman's Compensation Act by Harmon B. Wilson against George Kennedy and Albert Kennedy, partners, doing business as Kennedy Brothers. From an award for applicant, the defendants appeal.    *Affirmed.*

*James E. Rocap* and *John J. McShane*, for appellants.

*Robert W. Caldwell* and *W. J. Sprow*, for appellee.

McMAHAN, C. J.—A consideration of the questions presented by this appeal would require the weighing of conflicting evidence.    Appellants in effect concede this when they state that